## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re: :
:
GUSTAVUS O. BROOKS and : Case No. 13-2-0432-WL
ROSEMAY I. BROOKS, : Chapter 13
    Debtors. :
:

**TRUSTEE'S OBJECTION TO DEBTORS'
CHAPTER 13 PLAN DATED JULY 2, 2013**

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee"), pursuant to section 1325 of the Bankruptcy Code and Bankruptcy Rule 3015(f) objects to confirmation of the Debtors' Chapter 13 plan dated July 2, 2013 (the "Plan"). In support of his opposition, the Trustee respectfully represents the following:

1. The Debtors commenced this case under Chapter 13 on June 18, 2013. The Plan proposes to pay $800.00 monthly for 60 months for a gross funding of $48,000.00.

2. The Debtors have failed to make the payments proposed under the Plan. At this time, two payments are due in the total amount of $1,600.00. The Trustee has received $0.00. Accordingly, the Debtors have not demonstrated that the Plan is feasible, and the Plan does not satisfy the requirement of section 1325(a)(6) of the Bankruptcy Code.

3. The Debtors have failed to amend Schedule J and failed to provide proof of surrender to Freedom Road Financial, Gold Key Mortgage Service, and Regional Acceptance Corporation and proof of adjusted tax withholdings as requested by the Trustee. At this time, the Debtors have failed to fully cooperate with the Trustee as required under section 521(a)(3) of the Bankruptcy Code.

4. Accordingly, the Plan should not be confirmed.

- 2 -

**PLEASE TAKE NOTICE** THAT *THIS OBJECTION MUST BE RESOLVED <u>AT LEAST 2 BUSINESS DAYS PRIOR TO THE CONFIRMATION HEARING</u>*. AFTER THAT TIME, THE TRUSTEE MAY DECLINE TO ACCEPT MATERIALS THAT HE HAS REQUESTED FROM THE DEBTORS. THE TRUSTEE MAY DECLINE TO DISCUSS THE CASE AT THE CONFIRMATION HEARING. THE DEBTORS SHOULD EXPECT THAT ANY UNRESOLVED OBJECTION WILL BE HEARD BY THE COURT.

Respectfully submitted,

August _19_, 2013

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
P.O. Box 1902
Laurel, Maryland 20725-1902
(301) 483-9118

### Certificate of Service of Objection to Chapter 13 Plan

I hereby certify that, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the pleading referenced above to be sent on August _20_, 2013 by first-class U.S. mail, postage prepaid to:

Gustavus O. & Rosemay I. Brooks
9912 Graystone Drive
Upper Marlboro, MD 20772

Donald L. Bell, Esq.
6305 Ivy Lane, Suite 214
Greenbelt, MD 20770

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)