**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
at Greenbelt

**Date: 10/1/13**

In re:　Case No.:　13−20432 WIL　Chapter:　13

| | |
|---|---|
| Gustavus Otto Brooks<br>Debtor(s) | Rosemay Isaac Brooks |

# DEFICIENCY NOTICE

DOCUMENT: 26 – Amended Voluntary Petition correct spelling of debtor's name Filed by Donald L Bell. (Bell, Donald)

PROBLEM: A Certificate of Service on all entities affected by the pleading was not filed.

CURE: A Certificate of Service on all entities affected by the pleading must be filed by the cure date shown below.

CONSEQUENCE: Failure to cure the problem(s) by the date below may result in the pleading being stricken or other action the Court deems appropriate without further notice.

**All deficiencies must be cured by 10/15/13.**

**Additional information for non−attorney filers is available at
http://www.mdb.uscourts.gov/content/after−filing**

　　　　　　　　　　　　　　　　　　　　　　　　　Mark D. Sammons, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　　　by Deputy Clerk, Laurie Arter  301−344−3327

cc:　Debtor(s)
　　　Attorney for Debtor(s) – Donald L Bell

Form defntc (01/06)